**Vaino USKI, Petitioner-Appellant,**

v.

**Walter T. STONE, Superintendent, Central Training Facility, Soledad, California, the People of the State of California, Respondents-Appellees.**

**No. 74–1896.**

United States Court of Appeals, Ninth Circuit.

Aug. 25, 1975.

Vaino Uski, for appellant-in pro per.

Evelle J. Younger, Atty. Gen., San Francisco, Cal., for respondents-appellees.

OPINION

Before MERRILL and HUFSTEDLER, Circuit Judges, and SMITH,* District Judge.

PER CURIAM:

This is an appeal from an order denying a petition for a writ of habeas corpus. The question presented is whether the district court erred in refusing to consider alleged constitutional violations that occurred in connection with a motion to suppress evidence when proceedings on that motion were followed by a guilty plea. In denying the writ the district court followed this court in *Mann v. Smith*, 488 F.2d 245 (9th Cir. 1973). Since decision by the district court the Supreme Court, in *Lefkowitz v. Newsome*, 420 U.S. 283, 95 S.Ct. 886, 43 L.Ed.2d 196 (1975), has required a contrary result in the light of Cal.Penal Code, § 1538.5(m).

Reversed and remanded for further proceedings. In our view appointment of counsel is warranted.

---

\* Honorable Russell E. Smith, Chief United States District Judge for the District of Montana, sitting by designation.